**1**

TO FIRST COURT OF APPEALS 01-14-00981-CR
01-14-00980-CR

1st of ALL my name is David James Chapman SPN# 02725882 and I am currently incarcerated in Harris County Jail right now so I am Indigent and cannot pay for any court costs or court reporter fees or any costs at all currently I will repay when I get a Job after I serve my time and get out I would appreciate it if you would understand my situation I just had my first son while I was In Here his name is blake Timothy woods he was born 11/30/14 my mother in law Sheria Cudgel has custody of him due to my babys mother is currently back on drugs and running the streets I am seeking DRUG TREATMENT as well as shock probation I accept my 8 year TDC sentence I just want the help I need which through out all my incarcerations as a Juvenile I never recieved I have just found GOD for the first time after seeing my Son on 12/20/14 for the first time I surrendered my life completely and am seeking help to change the recomendation made by the people who did my (PSI) was safe Pete drug treatment program but the Judge instead told me take 8 years TDC or I will take you to trial and tell the JURY to start the bidding at 75-99 years (TDCJ) so I was Trapped I was sentenced based off of my Juvenile History which violates my rights but I accept my 8 year sentence just please may you grant me Shock Probation I AM ELIGIBLE as well as give me Drug Treatment I want to be a U.S. ARmy soldier and serve my country please help me I need to take care of my

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE
CLERK

X David James Chapman X 12/23/14

X David James Chapman

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 30 2014

CHRISTOPHER A. PRINE
CLERK

LL037-1-14

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 30 2014

CHRISTOPHER A. PRINE

CLERK _____

Harris County/Houston, Texas

CASE NO.: 1421329/1421328

DEFENDANT: David James Chapman

OFFENSE: Aggervated robbery with a deadly weapon

FINE AND COST Amount ASSESSED BY COURT: $_____

## MOTION FOR CREDIT / TIME SERVED

COMES NOW David Chapman, DEFENDANT in the above style and numbered cause(s) and would show the court that Defendant has been incarcerated in the Harris County Jail since or about the 16th day of march, 20 14. The Defendant is aware that there is a warrant(s) issued from this Court. NOW, therefore, the Defendant wishes to waive his/her right to trial by jury, any hearing relating to Defendant status as an indigent person and enter his/her plea of "Guilty" or "Nolo Contendre" in the above refenced case(s). And requests the Honorable Court to grant credit for time served in full satisfaction all fines and costs of court arising out of the case.

RESPECTFULLY SUBMITTED,

_David J Chapman_
DEFENDANT

"I, David James Chapman, being presently incarcerated in the Harris County Jail in Harris County, Texas, declared under penalty of perjury that the foregoing is true and correct."

DATE:_____

_David J Chapman_
DEFENDANT

Date of Birth April 28 1995
SOCIAL SECURITY # 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
SPN# 02725882
TDL# ? N/A

## ORDER

BE IT REMEMBERED, that on this_____ day of _____, 20_____, came onto be considered the above Motion For Credit / Time Served, which have been only considered by the Court is hereby

GRANTED _____

DENIED _____

JUDGE PRESIDING

LL043-12-07

12/23/14

David Chapman SPN#02725882

I am INDIGENT and currently
cannot pay for any fees or court
costs or court reporters fees due
to me currently being incarcerated
I will pay back all fees when I get out
Thank you for your time   respectfully
I greatly appreciate it      submitted
very much

x _David Chapman_

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 30 2014

CHRISTOPHER A. PRINE

CLERK_____

12/23/14

David Chapman SPN# 02725882

please mail me a copy of an
proper paper work I need to fill out
as part of my appeal because the
law library has delayed me 2 weeks
on me asking for the post judgement
motion so may you please mail it
to me so I may fill it out properly
and may you please tell me the
rules and stipulations of an appeal
please because I don't know them
all and may you please mail me
a copy of my court reporters
report and all information in my
file please I am indegent and
currently cannot pay for court
fees or any fees Thank you for your
time I greatly appreciate it very
much have a blessed day

David Chapman

# Affidavit

Before me, the undersigned authority personally appeared
_David James Chapman_ **(your name)**, who duly sworn, deposed as
follows: My name is _David James Chapman_, I am over 18
years of age, competent to make this affidavit and personally acquainted
with the facts herein stated: **(in the following space write the facts/your statement)**

I am Indegent and currently unable
to pay any fees for copies of any
paperwork or any other court costs
I would appreciate it if you would under
stand my situation I am formerly
incarcerated right now

The facts stated here are voluntary.

I. JAMES
Notary Public
STATE OF TEXAS
Commission Exp. OCT. 29, 2017


Affiant (Your Signature)

Sworn and Subscribed before me on the 19th day of Dec, 20 14

_____
Notary Public In and for
The State of Texas

LL062-(01/06)

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: David James Chapman

SPN: 02725282 Cell: 6D-24

Street: 1200 BAKER St.

Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 3 0 2014

CHRISTOPHER A. PRINE
CLERK

LEGAL

INDIGENT

COURT OF APPEALS
FIRST DISTRICT
301 FANNIN STREET
HOUSTON TEXAS 77002

U.S. POSTAGE >> PITNEY BOWES

ZIP 77019  $ 000.48°
02 1W
0001374179 DEC 29 2014